FILED
2018 Apr-18 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT E

Appraisal Institute®
*Professionals Providing Real Estate Solutions*

# Real Estate Damages




## Applied Economics and Detrimental Conditions

Second Edition



By Randall Bell, MAI
*Contributing Authors*
Orell C. Anderson, MAI
Michael V. Sanders, MAI, SRA

*Reviewers:* M. Lance Coyle, MAI
Michael S. MaRous, MAI, SRA

*Chief Executive Officer:* Frederick H. Grubbe
*Director, Communications and Marketing:* Hope Atuel
*Senior Manager, Publications:* Stephanie Shea-Joyce
*Technical Book Editor:* Emily Ruzich
*Manager, Book Design and Production:* Michael Landis
*Production Specialist:* Sandra Williams

**For Educational Purposes Only**

The materials presented in this text represent the opinions and views of the authors. Although these materials may have been reviewed by members of the Appraisal Institute, the views and opinions expressed herein are not endorsed or approved by the Appraisal Institute as policy unless adopted by the Board of Directors pursuant to the Bylaws of the Appraisal Institute. While substantial care has been taken to provide accurate and current data and information, the Appraisal Institute does not warrant the accuracy or timeliness of the data and information contained herein. Further, any principles and conclusions presented in this publication are subject to court decisions and to local, state and federal laws and regulations and any revisions of such laws and regulations.

This book is sold for educational and informational purposes only with the understanding that the Appraisal Institute is not engaged in rendering legal, accounting or other professional advice or services. Nothing in these materials is to be construed as the offering of such advice or services. If expert advice or services are required, readers are responsible for obtaining such advice or services from appropriate professionals.

**Nondiscrimination Policy**

The Appraisal Institute advocates equal opportunity and nondiscrimination in the appraisal profession and conducts its activities in accordance with applicable federal, state, and local laws.

© 2008 by the Appraisal Institute, an Illinois not for profit corporation. All rights reserved. No part of this publication may be reproduced, modified, rewritten, or distributed, either electronically or by any other means, without the express written permission of the Appraisal Institute.

**Library of Congress Cataloging-in-Publication Data**

Bell, Randall.

Real estate damages : applied economics and detrimental conditions / Randall Bell ; with Orell C. Anderson, Michael V. Sanders. – 2nd ed.

p. cm.

Includes bibliographical references and index.

ISBN 978-0-922154-99-9

1. Real property–Valuation–United States. 2. Damages–United States. 3. Real property–Valuation–United States–Case studies. I. Anderson, Orell C. II. Sanders, Michael V. III. Title.

HD1389.5.U6B45 2008

333.33'2–dc22

2008030963

**Exhibit 1.10 Value Trends Associated with Proximity to the Test Site**




admonitions that apply to the interpretation of results in neighborhood comparison analysis are relevant here.

## Case Study Analysis[3]

Determining the impacts that detrimental conditions have on property value requires real estate analysts to address a number of factors and elements not considered in the more typical sales comparison analysis of non-impacted or unimpaired properties. These factors may be considered or analyzed using case studies.

The first step in a case study analysis involves research into the subject property and a determination of the key factors that impact that property. Then, in an effort to determine any effect on value, case studies are developed from other properties that are similarly situated with respect to the subject property and its detrimental condition. Like any valuation technique, case study analysis can be applied properly or improperly. In order for the analysis to be reliable and valid, case studies must make "apples to apples" comparisons, which means that the case studies being used must have similar property, market, and detrimental condition characteristics as the subject property.

Appraisal methodologies ultimately fall within one of the three traditional approaches to value: the cost approach, the sales comparison approach, or the income capitalization approach. Case study analysis involves situations in which similar properties have been impacted by similar conditions. Thus, the analysis of case studies is an extension of the sales comparison approach. However, in addition to the typical elements of comparison such as property type and location, valid and reliable case studies must consider other elements and property characteristics.

Like any application of the sales comparison approach, it is difficult and in some situations impossible to find comparables that are identical in all respects to the subject property. Nonetheless, certain key characteristics should be similar for resulting inferences and conclusions to be reliable, valid, and not misleading.

3. This discussion originally appeared in "The Analysis of Environmental Case Studies," Thomas Jackson, PhD, MAI, and Randall Bell, MAI, *The Appraisal Journal* (January 2002): 86-95.

Generally, case studies are used when there is a lack of direct market data or when analyses of direct market data need additional support. For example, if the impact of a landfill on surrounding properties was being studied, the most pertinent approach would involve actual sales of the surrounding properties. In the event that no direct market data is available, then the case study approach utilizing market data relative to other landfill-proximate sales would become relevant. Although case studies are useful any time there is available and relevant data, they have a secondary role if there is direct market data available at the subject site.

A case study must take into consideration property characteristics. Like a market data grid in the sales comparison approach, a case study comparison chart organizes and compares the characteristics or elements of the case study to the subject property. As in any type of sales comparison analysis, the subject property and case studies should ideally be similar in all respects; however, in reality this does not always occur. Problems arise if a significant number of issues differ substantially from the subject property conditions, and the question may arise as to whether the case study is really comparable at all. For example, case studies involving accidental environmental discharges are not comparable to situations in which the discharge was legally permitted, and an environmental source site case study may not be comparable to a non-source site subject property, except to establish an upward limit of damage. A house should not be compared to a shopping center. After selecting an appropriate set of case studies, a relative comparison analysis can be performed, leading to a net comparison ranking for each case study relative to the subject. It is also a well-known attribute of the real estate market that when the market is increasing, many prospective buyers are prone to be more forgiving of certain conditions than they would be during a period of market decline. Because of this attribute, strong market conditions sometimes have a mitigating effect, while weak market conditions tend to amplify negative issues.

## Statistical Studies

Statistical studies, including simple and multiple regression analysis, are considered a refined version of sales comparison analysis that generally uses more data and allows for the statistical testing of results. Statistical analysis is useful for large data sets, which are often available in the analysis of detrimental conditions. This type of study allows for the consideration of more than a small sample of sales or other data, and in many cases facilitates a relatively sophisticated and more meaningful analysis.

Use of statistical modeling requires an understanding of the term *variable*, which may be defined as a property attribute that can assume some range of values. Variables can be quantitative, either discrete or continuous, ordinal (rank), or qualitative. Examples of significant quantitative variables could include sale price, rental rate, site area, age, or building size. Ordinal data might be used to describe views, quality, or the condition of improvements. Qualitative variables are also known as binary or "dummy" variables, which take on values of 1 or 0 depending on the presence or absence of a particular characteristic such as dock-high loading, a swimming pool, or location in a specific neighborhood.