FILED
2018 Apr-18 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

Appraisal Institute®
*Professionals Providing Real Estate Solutions*

# The Appraisal of Real Estate

14th Edition







*Chief Executive Officer:* Frederick H. Grubbe
*Director of Communications:* Ken Chitester
*Senior Manager, Publications:* Stephanie Shea-Joyce
*Senior Book Editor/Technical Writer:* Michael McKinley
*Technical Book Editor:* Emily Ruzich
*Manager, Book Design/Production:* Michael Landis

**For Educational Purposes Only**

The materials presented in this text represent the opinions and views of the developers and reviewers. Although these materials may have been reviewed by members of the Appraisal Institute, the views and opinions expressed herein are not endorsed or approved by the Appraisal Institute as policy unless adopted by the Board of Directors pursuant to the Bylaws of the Appraisal Institute. While substantial care has been taken to provide accurate and current data and information, the Appraisal Institute does not warrant the accuracy or timeliness of the data and information contained herein. Further, any principles and conclusions presented in this publication are subject to court decisions and to local, state and federal laws and regulations and any revisions of such laws and regulations.

This book is sold for educational and informational purposes only with the understanding that the Appraisal Institute is not engaged in rendering legal, accounting or other professional advice or services. Nothing in these materials is to be construed as the offering of such advice or services. If expert advice or services are required, readers are responsible for obtaining such advice or services from appropriate professionals.

**Nondiscrimination Policy**

The Appraisal Institute advocates equal opportunity and nondiscrimination in the appraisal profession and conducts its activities in accordance with applicable federal, state, and local laws.

© 2013 by the Appraisal Institute, an Illinois not for profit corporation. All rights reserved. No part of this publication may be reproduced, modified, rewritten, or distributed, either electronically or by any other means, without the express written permission of the Appraisal Institute.

Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

The appraisal of real estate. -- Fourteenth edition
pages cm
Includes bibliographical references and index.
ISBN 978-1-935328-38-4 (alk. paper)
1. Real property--Valuation. 2. Personal property--Valuation.
I. Appraisal Institute (U.S.)
HD1387.A663 2013
333.33'2--dc23

2013006797

actual or potential off-site migration due to surface water runoff, contaminated groundwater, or even windblown dust and vapor. Finding comparable sales of such source properties (sometimes called *brownfields*) was often difficult because many significantly contaminated source sites did not sell until investigation had been completed, parties legally responsible for remediation costs had been identified, remediation plans had been approved by environmental agencies, and cleanup costs had been determined with some degree of accuracy. Today, sales of source sites can be found and analyzed more readily. There may also be indemnification obligations by one or more parties.

In recent years, attention has turned to techniques for estimating the value of non-source, adjacent, and proximate sites. Sales of these types of properties can be found in large numbers by researching markets around sites involved in documented state or federal environmental investigations and approved remediation programs. These transactions will usually provide sufficient basis for valuing or analyzing a site that

especially important. If the regression modeling is done as part of a mass appraisal assignment, the regression modeling must comply with Standard 6 of USPAP.

Sale prices for income-producing properties can be studied to estimate if their direct capitalization or yield capitalization rates have been affected by the contamination investigation, remediation, or post-remediation circumstances, and any appropriate upward adjustment can be made to the unimpaired rate for the property being appraised.

Given the remediation lifecycle recognized by AO-9, gathering and analyzing market data that matches up well with the appraised property's remediation lifecycle stage on the date of value is critical because the effect of the contamination situation on prices and values can change as the investigation, remediation, and post-remediation monitoring move forward.

Paired data analysis, case studies, or market studies of capitalization and yield rates developed by others and found in published appraisal literature can be a useful starting point in such an analysis. However, relying on published articles as a basis for a value opinion is not a recognized appraisal technique in the absence of independent investigation and verification of the accuracy of the market data and conclusions.

Informal or formal surveys of buyers, sellers, lenders, brokers, appraisers, and others involved in actual sales of property affected by contamination and environmental risk may also provide useful information.

For further information, see the following references:


- Thomas O. Jackson, "Appraisal Standards and Contaminated Property Valuation," *The Appraisal Journal* (April 2003): 127-133.
- Thomas O. Jackson, "Methods and Techniques for Contaminated Property Valuation," *The Appraisal Journal* (October 2003): 311-320.
- Thomas Jackson and Randall Bell, "The Analysis of Environmental Case Studies," *The Appraisal Journal* (January 2002): 86-95.
- James Flynn, Donald G. MacGregor, Wayne Hunsperger, C.K. Mertz, and Stephen M. Johnson, "A Survey Approach for Demonstrating Stigma Effects in Property Value Litigation," *The Appraisal Journal* (Winter 2004): 35-44.
- Randall Bell, "Chapter 8: Environmental and Biomedical Conditions," in *Real Estate Damages: Applied Economics and Detrimental Conditions,* 2nd ed. (Chicago: Appraisal Institute, 2008): 147-181.
- Richard J. Roddewig, editor, *Valuing Contaminated Property: An Appraisal Institute Anthology* (Chicago: Appraisal Institute, 2002) and the forthcoming new volume of that publication.
- The seminar *Analyzing the Effects of Environmental Contamination on Real Property* (Chicago: Appraisal Institute, 2010).