FILED
2018 Apr-18  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT O



Appraisal
Institute®

*Professionals Providing*
*Real Estate Solutions*

# The Dictionary of
# Real Estate Appraisal

**6**th Edition

*Chief Executive Officer:* Frederick H. Grubbe, MBA, CAE

*Director of Professional Services and Resources:* Evan R. Williams, CAE, IOM

*Senior Manager, Publications:* Stephanie Shea-Joyce

*Senior Book Editor/Technical Writer:* Michael McKinley

*Senior Technical Book Editor:* Emily Ruzich

*Manager, Book Design/Production:* Michael Landis

**For Educational Purposes Only**

The materials presented in this text represent the opinions and views of the developers and reviewers. Although these materials may have been reviewed by members of the Appraisal Institute, the views and opinions expressed herein are not endorsed or approved by the Appraisal Institute as policy unless adopted by the Board of Directors pursuant to the Bylaws of the Appraisal Institute. While substantial care has been taken to provide accurate and current data and information, the Appraisal Institute does not warrant the accuracy or timeliness of the data and information contained herein. Further, any principles and conclusions presented in this publication are subject to court decisions and to local, state, and federal laws and regulations and any revisions of such laws and regulations.

This book is sold for educational and informational purposes only with the understanding that the Appraisal Institute is not engaged in rendering legal, accounting, or other professional advice or services. Nothing in these materials is to be construed as the offering of such advice or services. If expert advice or services are required, readers are responsible for obtaining such advice or services from appropriate professionals.

**Nondiscrimination Policy**

The Appraisal Institute advocates equal opportunity and nondiscrimination in the appraisal profession and conducts its activities in accordance with applicable federal, state, and local laws.

© 2015 by the Appraisal Institute, an Illinois not-for-profit corporation. All rights reserved. No part of this publication may be reproduced, modified, rewritten, or distributed, either electronically or by any other means, without the express written permission of the Appraisal Institute.

**COPYRIGHT NOTICE**

Extracts of terms and definitions from the International Valuation Standards 2013 are reproduced with the kind permission of the International Valuation Standards Council, which owns the copyright. No responsibility is accepted by the IVSC for the accuracy of information as republished. The approved text of the International Valuation Standards 2013 is that published by the IVSC in the English language and copies may be obtained from the IVSC, 1 King Street, London EC2V 8AU, United Kingdom. Internet: http://www.ivsc.org

**Library of Congress Cataloging-in-Publication Data**

The dictionary of real estate appraisal. -- Sixth edition.

    pages cm

  Includes bibliographical references.

  ISBN 978-1-935328-62-9

1. Real property--Valuation--Dictionaries. 2. Real estate business--Dictionaries. 3. Real property--Dictionaries. I. Appraisal Institute (U.S.), issuing body.

  HD1387.D435 2015

  333.33'203--dc22

                         2015027696

Case 2:16-cv-00429-LSC Document 85-23 Filed 04/18/18 Page 4 of 4



or reported in financial statements; the asset's cost at acquisition, reduced by the amount of accumulated depreciation on the asset. *See also* **basis.**

2. With respect to a business enterprise, the difference between the total assets (net of depreciation, depletion, and amortization) and the total liabilities of an enterprise as they appear on the balance sheet. It is synonymous with *net book value*, *net worth*, and *shareholder's equity*.

3. In accounting, the net amount shown for an asset on the balance sheet. The book value equals the gross cost less the related valuation account. For example, the book value of an automobile is its initial cost less the accumulated depreciation. Because book value is based on historical cost, it may differ from market value.

**boom.** A period of rapid economic growth characterized by the expansion of business facilities and activities.

**boot.** Any asset or liability transferred as part of an exchange of realty and given to make up for any difference in the value of the realty exchanged. Typical forms include cash and debt existing prior to the exchange, purchase-money mortgages created within the exchange, and debt instruments transferred in lieu of cash. *See also* **realized gain; recognized gain.**

**BOP.** *See* **beginning of period.**

**boulevard.** A broad street or promenade that is often planted with trees or grass along its border or on a median strip.

**boundaries.** Any recognized line or barrier that delineates a perimeter of a physical area. Boundaries may coincide with changes in prevailing land use, occupant characteristics, natural boundaries, or man-made boundaries.

**boundary survey.** A diagram that depicts the boundaries of a site, including relevant dimensions, compass bearings, and angles. A licensed land surveyor's signed certification is required, and a metes and bounds or other written description is included.

**bounded description.** The earliest form of land description in which property boundaries were described in terms of impermanent features, e.g., monuments, fences, rivers, the ownership of adjacent property.

**boutique hotel.** An establishment that offers unique accommodations with relatively consistent service standards. Boutique hotels tend to be distinctive in architecture and design and built around a specific theme. They tend to be smaller, generally with fewer than 150 rooms, allowing the staff to better connect with individual guests. Also known as a *lifestyle hotel.*

**bowling alley.** A commercial facility designed to accommodate the sport of bowling. The building includes special equipment and design features such as bowling lanes with gutters, a ball return, and pin-setting equipment.

**BPI.** *See* **buying power index.**

**BPO.** *See* **broker's price opinion.**

**bracketing.** A process in which an appraiser determines a probable range of values for a property by applying qualitative techniques of comparative analysis to a group of comparable sales. The array of comparable sales may be divided into three groups—those superior to the subject, those similar to the subject, and those inferior to the subject. The adjusted sale prices reflected by the sales requiring downward adjustment and those requiring upward adjustment refine the probable range of values for the subject and identify a value bracket in which the final value opinion will fall.